# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| vs. : | Case No. 7:08-CR-15 |
| : | |
| **RUSSELL LYNN,** : | |
| : | |
| **Defendant.** : | |

_____

## ORDER GRANTING MOTION TO CONTINUE

The parties' Motion for a Continuance of the above-styled matter to the next regular trial term having been read and considered, the Court finds:

a) The defendant was Indicted on May 22, 2008 and Arraigned on August 5, 2008.

b) No pretrial motions which would have the effect of tolling the Speedy Trial "clock" have been filed; and

c) Counsel for the Government and Defendant have requested additional time to work out details of the case and to pursue the possibility of a negotiated plea.

THEREFORE the ends of justice served by the granting of a continuance outweigh the interests of the public and the defendant in a speedy trial.

The Court having made the foregoing findings, the motion is hereby GRANTED and the matter is hereby continued to the next trial term of the Valdosta Division of the

Middle District of Georgia, or at a date specially set by the Court.

IT FURTHER ORDERED that the time period occasioned by this continuance is excluded from the calculations of time contemplated by the Speedy Trial Act, 18 U.S.C. § 3161.

SO ORDERED this 3rd day of November, 2008.

*s/  Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT COURT

Presented by:

s/ LEAH E. MCEWEN
ASSISTANT UNITED STATES ATTORNEY