Case 7:08-cr-00015-HL-GMF   Document 35   Filed 01/15/09   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| vs. | : | **Case No. 7:08-CR-15 (HL)** |
| | : | |
| **RUSSELL LYNN,** | : | |
| | : | |
| **Defendant.** | : | |

_____

### ORDER GRANTING JOINT MOTION TO CONTINUE

The Joint Motion for a Continuance of the above-styled matter having been read and considered, the Court finds the ends of justice served by the granting of a continuance outweigh the interests of the public and the defendant in a speedy trial.

The Court having made the foregoing findings, the motion is hereby GRANTED and the matter is hereby continued to the next regularly scheduled trial term for Valdosta, or at a date specially set by the Court.

**THE COURT FURTHER FINDS** that the period of delay resulting from the granting of this continuance, to and including the date the trial commences, shall be deemed excludable time in accordance with the provisions of the Speed Trial Act, 18 U.S.C. 3161, *et seq*.

SO ORDERED, this 15th of January, 2009.

*s/ Hugh Lawson*
HUGH LAWSON, JUDGE
UNITED STATES DISTRICT COURT

Presented by:

s/ LEAH E. MCEWEN
ASSISTANT UNITED STATES ATTORNEY